IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 7:12-CR- 3 /- H/— |
| : | |
| v. : | VIOLATION: 21 U.S.C. 846 i/c/w |
| : | 21 U.S.C. 841(a)(1), |
| : | 841(b)(1)(A)(ii) |
| : | 841(b)(1)(B)(ii) |
| ERIC PIERCE SCREEN, : | 18 U.S.C. 2 |
| E. LAMAR PATTERSON, : | |
| ALBERT BRICE, : | |
| JACQUELYN G. KELLY, : | |
| XAVIER BENTON, : | |
| AND BRIAN BURROUGHS, : | |
| Defendants. : | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy to Possess with Intent to Distribute Cocaine)

Beginning sometime in 2011, and continuing until on or about February 23, 2012, the exact dates being unknown to the Grand Jury, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ERIC PIERCE SCREEN, E. LAMAR PATTERSON, ALBERT BRICE, JACQUELYN G. KELLY, XAVIER BENTON AND BRIAN BURROUGHS,**

did unlawfully, knowingly, willfully and intentionally conspire together with, one another and with others both known and unknown to the Grand Jurors to possess a Schedule II controlled substance, to wit: cocaine in excess of five (5) kilograms with the intent to distribute the same, all in violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT TWO
(Possession with Intent to Distribute Cocaine)

On or about February 23, 2012, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ERIC PIERCE SCREEN, E. LAMAR PATTERSON, ALBERT BRICE, JACQUELYN G. KELLY, AND BRIAN BURROUGHS,**

did unlawfully, knowingly, willfully and intentionally possess a Schedule II controlled substance, to wit: cocaine in excess of five hundred (500) grams with the intent to distribute the same, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

A TRUE BILL.

S/FOREPERSON OF THE GRAND JURY
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

PRESENTED BY:

LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

Filed this _12th_ day of _Sept_, 2012.

_____
Deputy Clerk