IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

Filed at 9:25 A.M. 9/17/2012
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 7:12-CR-31-HL-TQL |
| BRIAN BURROUGHS | : |

## GOVERNMENT'S MOTION TO DETAIN

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the court to detain the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f), and, in support, shows as follows:

This case is eligible for a detention order because this case involves (select all that apply):

___  Crime of Violence (18 U.S.C. § 3156)

___  Maximum sentence of life imprisonment or death

_X_  10 + year drug offense

___  Felony, with two prior convictions in the above categories

_X_  Serious risk the defendant will flee

___  Serious risk of obstruction of justice

2. Reason for Detention.

The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_  Defendant's appearance as required

_X_  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.

The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). The presumption applies because:

__X__  Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under 18 U.S.C. § 924(c).

____  Probable cause to believe that defendant committed a crime of violence.

____  A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above.

____  Probable cause to believe defendant committed an offense against a minor victim involving child pornography or child exploitation.

4. <u>Time for Detention Hearing</u>.

The United States requests the Court conduct the detention hearing:

____  At the initial appearance.

__X__  After continuance of __3__ days (not more than 3), excluding Saturday, Sunday, and any legal holiday.

The United States requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 13th day of September, 2012.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

By:   s/Leah E. McEwen
      LEAH E. MCEWEN
      ASSISTANT UNITED STATES ATTORNEY
      GA Bar Number 490763
      Attorney for the United States
      P.O. Box 366
      Albany, GA 31702
      (O) 229-430-7754
      (F) 229-430-7776

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the within and foregoing Government's Motion to Detain will be hand-delivered to the defendant at the time of his first court appearance.

This 13th day of September, 2012.

                                      s/Leah E. McEwen
                                      LEAH E. MCEWEN
                                      ASSISTANT UNITED STATES ATTORNEY

ADDRESS:

Post Office Box 366
Albany, Georgia 31702
(229) 430-7754