AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

RECEIVED
CLERK'S OFFICE
2012 OCT 1 AM 8: 21
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:12-CR-31-006 (HL) |
| BRIAN BURROUGHS | ) | 1220 0913 3308 Z |
| Defendant | ) | Fid #8996361 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRIAN BURROUGHS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Cocaine, Possession with Intent to Distribute Cocaine

Date: September 12, 2012

s/ S.B. DeCesare
*Issuing officer's signature*

City and state: Valdosta, Georgia

S. B. DeCesare, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 09-13-12, and the person was arrested on 09-25-12
at *(city and state)*

Date: 09-26-12

TFO Andrew Denmark
*Arresting officer's signature*

Andrew Denmark
*Printed name and title*
TFO